# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **DOUGLAS M. VANVLEET,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **1:10CV523** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 25, 2010, was served on the parties in this action. Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that this action be dismissed without prejudice to Plaintiff filing a civil complaint, on the proper Motion for Return of Property forms, correcting the defects set out in the Order and Recommendation. Plaintiff's motion for

request of documents [Docket No. 4] is **DENIED** for lack of good cause.  A Judgment

dismissing this action will be entered contemporaneously with this Order.


United States District Judge


Date: September 22, 2010